# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Apolonio Ramirez-Aguilar<br>DOB: XX/XX/1979; Citizen of Guatemala;<br>A#: 077 395 551 | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>17-01672MJ |
| Complaint for violation of Title 8 United States Code § 1326 (a); 1325(a)(2) | |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|
| DATE OF OFFENSE<br>ON OR ABOUT<br>October 8, 2017 | PLACE OF OFFENSE<br>AT OR NEAR<br>Nogales, Arizona | ADDRESS OF ACCUSED (if known)<br>Domicilio conocido S/N., San Pedro, Guatemala |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:** On or about October 8, 2017 at or near Nogales, in the District of Arizona, **Apolonio Ramirez-Aguilar** an alien, knowingly and intentionally attempted to enter the United States of America, after having been entered, denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona on July 7, 2017 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of title 8, United States Code §1326. Enhanced by Title 8, United States Code §1326 (a).

**COUNT 2:** On or about October 8, 2017, at or near Nogales, in the District of Arizona, **Apolonio Ramirez-Aguilar** an alien, did attempt to enter the United States of America from the Republic of Mexico by eluding examination or inspection by immigration officers; in violation of Title 8, United States Code §1325(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Apolonio Ramirez-Aguilar** is a citizen of Guatemala. On July 7, 2017, **Apolonio Ramirez-Aguilar** was lawfully denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona. On October 8, 2017, **Apolonio Ramirez-Aguilar** intentionally attempted to re-enter the United States at or near the Mariposa Port of Entry in Nogales, Arizona by evading examination and inspection by an Immigration Officer. **Apolonio Ramirez-Aguilar** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

Furthermore, **Apolonio Ramirez-Aguilar** admitted to attempting to enter the United States of America from the Republic of Mexico illegally, without being inspected by immigration officers, on or about October 8, 2017, at or near Nogales, Arizona.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>  Being duly sworn, I declare that the foregoing is<br>  true and correct to the best of my knowledge.<br><br>Authorized by AUSA  CMN | SIGNATURE OF COMPLAINANT<br>(official title) ~~Marco A. Estrada Jr.~~<br><br>OFFICIAL TITLE<br><br>CBPO/E |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 10, 2017 |

1) See Federal rules of Criminal Procedure Rules 3 and 54